# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>SERGIO BAUTISTA MANZO,<br>　　　　　　　　　　　Defendant. | CASE NO. 16cr638-LAB-1<br><br>**ORDER GRANTING IN PART MOTION FOR RETURN OF PROPERTY** |

Defendant Sergio Bautista Manzo filed a motion for return of certain personal property pursuant to Fed. R. Crim. P. 41(g). The government filed a response stating that some of the property was destroyed about eight months before he requested its return. Rule 41(g) does not provide a remedy for property that no longer exists. *Ordonez v. United States*, 680 F.3d 1135 (9th Cir. 2012). The government notes he *may* have recourse under 31 U.S.C. § 3723.

But as to the property the government still has ($240 and a cell phone), it stands ready to return that to Bautista Manzo. As to the $240 and the cell phone, the motion is **GRANTED**. As to the other property, the motion is **DENIED** without prejudice to his seeking a remedy under 31 U.S.C. § 3723.

Bautista Manzo is directed to notify Assistant U.S. Attorney Michael Lasater in writing where he would like the money and cell phone sent. He should contact Mr. Lasater in writing

in care of the U.S. Attorney's office for the Southern District of California, and should provide the name and address of the person he wants the money and cell phone sent to. The government may send the $240 as a check made payable to Bautista Manzo, or to another person as Bautista Manzo may direct.

**IT IS SO ORDERED**.

DATED: August 11, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge